**LAW OFFICES OF JOHN BENEDICT**
John Benedict, Esq.
Nevada Bar No. 005581
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Email: John@Benedictlaw.com
*Attorneys for Plaintiff/Counter Defendant*
*Vadatech, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**********

| | |
|---|---|
| VADATECH, INC., a Nevada Corporation,<br><br>Plaintiff<br><br>v.<br><br>DATA PHYSICS CORPORATION, a Delaware Corporation; NOISE & VIBRATION TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>Defendants<br><br>AND ALL RELATED MATTERS. | CASE NO.: 2:24-cv-02273-CDS-EJY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff/Counter Defendant VADATECH, INC. ("Plaintiff"), by and through its counsel of record, John Benedict, Esq. of the Law Offices of John Benedict, and Defendants/ Counterclaimants DATA PHYSICS CORPORATION and NOISE & VIBRATION TECHNOLOGIES, LLC, by and through their counsel of record, Joseph P. Garin, Esq. and Lisa Zastrow, Esq. of Garin Law Group, hereby stipulate and agree that this action, all claims in the Complaint and Counterclaim, and all Parties shall be dismissed with prejudice, with each party to bear its/their own attorney's fees and costs.

IT IS SO STIPULATED.

| LAW OFFICES OF JOHN BENEDICT | GARIN LAW GROUP |
|---|---|
| By: */s/ John Benedict* <br> John Benedict, Esq. <br> Nevada Bar No. 005581 <br> 8965 South Eastern Avenue, Suite 382 <br> Las Vegas, Nevada 89123 <br> Telephone: (702) 333-3770 <br> Email: John@Benedictlaw.com <br> *Attorneys for Plaintiff* | By: */s/ Lisa Zastrow* <br> Joseph P. Garin, Esq. <br> Nevada Bar No. 00665 <br> Lisa Zastrow, Esq. <br> Nevada Bar No. 009727 <br> 9900 Covington Cross Drive, Suite 210 <br> Las Vegas, Nevada 89144 <br> Telephone: (702) 382-1500 <br> Email: jgarin@garinlawgroup.com <br> *Attorneys for Defendants* |

### ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: June 20, 2025

_____
Cristina D. Silva
United States District Judge

Respectfully submitted by:

**LAW OFFICES OF JOHN BENEDICT**

By:  */s/ John Benedict*
John Benedict, Esq.
Nevada Bar No. 005581
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 333-3770
Email: John@benedictlaw.com
*Attorneys for Plaintiff/ Counter Defendant Vadatech, Inc.*